PEOPLE V STURDAVANT. Appeal from Kent, Roman J. Snow, J. Submitted Division 3 April 5, 1972, at Grand Rapids. (Docket No. 12237.) Decided May 4, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *James K. Miller,* Prosecuting Attorney, and *Donald A. Johnston, III,* Assistant Prosecuting Attorney, for the people.

*Gordon A. Doherty,* for defendant on appeal.

Before: T. M. BURNS, P. J., and HOLBROOK and BORRADAILE, JJ.

MEMORANDUM OPINION. Defendant appeals as of right from his jury conviction and sentence to prison of two to ten years for breaking and entering a service station, contrary to MCLA 750.110; MSA 28.305.

An examination of the record and defendant's brief discloses no prejudicial error.

Affirmed.

PEOPLE V WOLTANSKI. Appeal from Kent, John H. Vander Wal, J. Submitted Division 3 March 8, 1972, at Grand Rapids. (Docket No. 12255.) Decided May 4, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *James K. Miller,* Prosecuting Attorney, and *Donald A. Johnston, III,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, and *Richard S. Mc-Millin,* Assistant Defender, for defendant on appeal.

Before: T. M. BURNS, P. J., and FITZGERALD and DANHOF, JJ.

MEMORANDUM OPINION. Defendant pled guilty to a charge of assault with intent to do great bodily harm less than murder. MCLA 750.84; MSA 28.279. The recent decision of the Supreme Court in *People v Jaworski,* 387 Mich 21 (1972) requires reversal.

Reversed and remanded for further proceedings.